1:23-cv-178-SEB-TAB

**FILED**
01/26/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Compliant                Timothy Alvey Williams
                         01-22-23

Too whom this may concern:

Hi my name is Timothy Williams, I am writing in reference too, I was on parole/probation in Marion County, my officer violated me because she/he told me I have permission too go get married in another state which reconize gay marriages... So I am writing this court on the bases that I was givin promition too leave the state now they are trying too give me 6 years because I am openly gay... This is a violation of my rights 8th and 14th amendments. So I ask you how I can file my suit, I wish for applications on the next steps in my case so I do the process of these proceedings!!

Officer Touar:                Yours Truely
                              Timothy Williams