UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIMOTHY ALVEY WILLIAMS, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 1:23-cv-00178-SEB-TAB |
| WARDEN, | ) ) ) |
| Respondent. | ) |

## FINAL JUDGMENT

The Court now enters final judgment. The petitioner's petition for a writ of habeas corpus is dismissed without prejudice.

Date: 5/8/2023

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

TIMOTHY ALVEY WILLIAMS
191869
PLAINFIELD - CF
PLAINFIELD CORRECTIONAL FACILITY
Inmate Mail/Parcels
727 MOON ROAD
PLAINFIELD, IN 46168